**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COMONTITI THOMAS,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.    20-cv-4428** |
| | : | |
| **ERIC TICE, et al.,** | : | |
| **Respondents.** | : | |

## O R D E R

This 29th day of August, 2022, after careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, no objections having been filed, it is hereby **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**.

2.  The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **GRANTED** with respect to Petitioner's third claim unless the Commonwealth reinstates Petitioner's right of first appeal within 45 days.

3.  The petition is **DENIED** with respect to Petitioner's first, second, and fourth claims.

4.  There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge